Steven C. Russell #6791
Carver Russel $ West
Attorney for Defendant
480 East 400 South Suite 201
Salt Lake City, UT  84111
Email:  steven@crwlawut.com
Phone:  (801) 746-2400

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | APPEARANCE OF COUNSEL |
| Plaintiff, | Case no. 2:16-CR-00068 |
| v. | Judge David Nuffer |
| | Commissioner |
| SHAWN EUGENE JOHNSON, | |
| Respondent. | |

Steven C. Russell gives notice that he has entered his appearance on behalf of Defendant

Shawn Eugene Johnson.  Please serve all notices, pleadings, papers and other material to the

address at the top of the page.

Dated this 18th day of April 2016,

/S/Steven C. Russell
Attorney for Petitioner

1